FILED
November 25, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002247999

Larry J. Lichtenegger, Esq. [SBN 48206]
Lichtenegger Law Office
3850 Rio Road, #58
Carmel, CA 93923
Telephone: (831) 626-2801; Fax: (831) 620-1566
lawyer@mbay.net

Attorneys for Defendants SSC Farms I, LLC, a California limited liability company, SSC Farms II, LLC, a California limited liability, and SSC Farming, LLC, a California limited liability,

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK Foods, LP, a California limited partnership,<br><br>            Debtor,<br><br>Bradley D. Sharp, Chapter 11 Trustee,<br><br>           Plaintiff,<br>vs.<br><br>SSC Farms I, LLC, a California limited liability company, and SSC Farms II, LLC, a California limited liability, SSC Farming, LLC, a California limited liability,<br><br>           Defendants. | Case No. 09-29162-D-11<br><br>Chapter 11<br><br>Adversary No. 09-02692 – D<br><br>**ANSWER TO COMPLAINT TO QUIET TITLE AND FOR DECLARATORY RELIEF, AND FOR TURNOVER OF PROPERTY OF THE ESTATE** |

      Now comes defendants SSC Farms I, LLC, a California limited liability company, and SSC Farms II, LLC, a California limited liability, SSC Farming, LLC, a California limited liability, and in answer to the Complaint on file herein, denies each and every allegation of the complaint other than the procedural facts regarding the filing of the bankruptcy petition herein.

| | |
|---|---|
| Dated: November 25, 2009 | Lichtenegger Law Office<br><br>    /s/ *Larry J. Lichtenegger*<br>Larry J. Lichtenegger<br>Attorney for Defendants |