**4 PAGES**
Gregory C. Nuti (CSBN151754)
E-Mail: gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
E-Mail: kcoleman@schnader.com
Kathryn N. Richter (CSBN 100129)
E-Mail: krichter@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

John K. Gisleson (Pro Hac Vice)
E-Mail: jgisleson@schnader.com
Keith E. Whitson (Pro Hac Vice)
E-Mail: kwhitson@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, Pennsylvania 15222-3001
Telephone: 412-577-5200
Facsimile: 412-765-3858

Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

FILED
MAR 11 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No. 09-29162-D-11 |
| SK FOODS, L.P., A CALIFORNIA LIMITED PARTNERSHIP, | Chapter 11 |
| DEBTOR. | DC No. SH-1 |
| | TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |
| | Date: March 11, 2010<br>Time: 10:00 a.m.<br>Place: Dept. D, 6th Floor, Courtroom 34<br>501 I Street, Sacramento, CA |

CAPTION CONTINUED ON NEXT PAGE

PHDATA 3278389_1

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

| | | |
|---|---|---|
| 1 | | ) |
| 2 | BRADLEY D. SHARP, et al., | ) AP NO. 09-02692 D |
| 3 | Plaintiff, | ) |
| 4 | vs. | ) |
| 5 | SSC Farms I, LLC, et al., | ) |
| 6 | Defendants. | ) |
| 7 | BRADLEY D. SHARP, et al. | ) AP NO. 10-02014 D |
| 8 | Plaintiff, | ) |
| 9 | vs. | ) |
| 10 | SCOTT SALYER as trustee of the Scott Salyer Revocable Trust, et al., | ) |
| 11 | Defendants. | ) |
| 13 | BRADLEY D. SHARP, et al. | ) AP NO. 10-02015 D |
| 14 | Plaintiff, | ) |
| 15 | vs. | ) |
| 16 | SCOTT SALYER, in his individual capacity and as Trustee of the Scott Salyer Revocable Trust, et al., | ) |
| 19 | Defendants. | ) |
| 20 | BRADLEY D. SHARP, et al., | ) AP NO. 10-02016 D |
| 22 | Plaintiff, | ) |
| 23 | vs. | ) |
| 24 | SKF AVIATION, LLC, et al., | ) |
| 25 | Defendants. | ) |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

**TO: DEFENDANTS AND THEIR COUNSEL:**

YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____ on _____ or as soon thereafter as counsel maybe heard in the courtroom of the Honorable Robert S. Bardwil located at 501 I Street #3-200, Sacramento, CA 95814 why you, your officers, your agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from selling, transferring, encumbering or moving to a location outside of California any and all assets that had been transferred to you by or through, ~~directly or indirectly~~ *RSB*, SK Foods, including but not limited to real property purportedly titled in the name of SSC Farming, LLC, SSC Farms I, LLC and SSC Farms II, LLC, and all funds transferred to you as described in the Complaints in the above-captioned adversary proceedings (collectively the "Assets").

PENDING HEARING on the above Order to Show Cause, YOU, your officers, your agents, servants, employees and attorneys *(with respect to attorneys only, excluding monies received or to be received for fees and costs)* and those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from selling, transferring, encumbering the Assets or moving the Assets to any location outside of California, except upon application to this Court with good cause shown. *The enjoined entities can make payments in the ordinary course of business for regular salaries, lease payments, mortgage payments or utilities that become due and payable before the hearing on the* 

Pursuant to Fed. R. Bankr. P. 7065 and Fed. R. Civ. Proc. 65(b)(2), the Court makes the *Order to show cause.* following findings:

- This Order was entered at **12:05 P.m.** on March **11** 2010.
- The Court finds that, if the Trustee prevails on its actions for avoidance of fraudulent conveyance and/or substantive consolidation and/or quiet title and/or breach of fiduciary duty, then he would be entitled to return of the Assets to the estate of the debtor. If Defendants were allowed to move the Assets out of the country before the Court considers the merits of the Trustee's motion for a preliminary injunction, the Court would be unable to grant this remedy to the Trustee, which would cause him irreparable harm. The Court enters this Order to

3
PHDATA 3278389_1

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

preserve the status quo and its ability to grant the final relief requested in these actions.

- This Order was issued without notice to prevent Defendants from completing their allegedly impending transfers of Assets.

Pursuant to Fed. R. Bankr. P. 7065, the Trustee is not required to file an undertaking, and this Order is immediately effective.

~~Pursuant to Local Rule 7065-1(c)~~ you are hereby notified that you they may apply to the Court for modification or dissolution ~~of foregoing temporary restraining order on two (2) court days notice by personal service~~ or such other notice as the Court may allow. RJB

The Court hereby establishes the following schedule for the hearing on the Order to Show Cause:

| Event | Deadline |
|---|---|
| Plaintiff to serve Order to Show Cause and supporting papers on Defendants | MARCH 11, 2010 by 5:00 PM |
| Proof of service to be filed with the Court | MARCH 12, 2010 |
| Defendants' Response to Order to Show Cause to be filed and ~~personally~~ electronically served on Plaintiff's counsel | MARCH 16, 2010 |
| Plaintiff's Reply to be filed and personally served on Defendants' counsel | MARCH 18, 2010 |

Dated: March 11, 2010

By: Robert Bardwil
UNITED STATES BANKRUPTCY JUDGE

4　PHDATA 3278389_1
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION