2009-02692
FILED
December 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003932223

**6 PAGES**

Gregory C. Nuti (CSBN151754)
  gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
  kcoleman@schnader.com
Michael M. Carlson (CSBN 88048)
  mcarlson@schnader.com
Natalie Bush-Lents (CSBN 253124)
  nbush-lents@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>SK FOODS, L.P., A CALIFORNIA LIMITED PARTNERSHIP,<br><br>    DEBTOR. | Case No. 09-29162-D-11<br><br>Chapter 11 |
| BRADLEY D. SHARP, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>SSC FARMS I, LLC, et al.,<br><br>    Defendants.<br><br>CAPTION CONTINUED ON NEXT PAGE | AP NO. 09-2692<br><br>DCN: SH-5<br><br>**ORDER HOLDING THE FOLLOWING ENTITIES AND INDIVIDUALS IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION: SSC FARMING, LLC; ROBERT PRUETT; COLLINS & ASSOCIATES; AND CARY COLLINS**<br><br>Date: November 30, 2011<br>Time: 10:00 am<br>Place: Dept. D, 6th Floor, Courtroom 34<br>        501 I Street, Sacramento, CA<br>Judge: Hon. Robert S. Bardwil |

RECEIVED
December 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003932223

1

| | | |
|---|---|---|
| BRADLEY D. SHARP, et al. | ) | AP NO. 10-2014 |
| Plaintiff, | ) | DCN: SH-3 |
| vs. | ) | |
| SCOTT SALYER as trustee of the Scott Salyer Revocable Trust, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRADLEY D. SHARP, et al., | ) | AP NO. 10-2016 |
| Plaintiff, | ) | DCN: SH-3 |
| vs. | ) | |
| SKF AVIATION, LLC, et al., | ) | |
| Defendants. | ) | |

The Court having considered the Motion for Order Holding the Following Entities and Individuals in Contempt for Violation of Preliminary Injunction: SSC Farming, LLC; Robert Pruett; Collins & Associates; and Cary Collins (the "Motion"), filed on October 21, 2011, by Plaintiff Bradley D. Sharp, the duly appointed and acting Chapter 11 Trustee (the "Trustee") of SK Foods, L.P. and RHM Industrial Specialty Foods, Inc. d/b/a Colusa County Canning Co. (collectively, the "Debtors"), together with all of the documents filed in support of the Motion, in opposition to the Motion, and in reply to the opposition, and having heard the arguments of counsel at the hearing, and good cause appearing for the reasons set forth in the Court's Civil Minutes (Dkt. No. 417 in AP No. 09-02692; Dkt. No. 347 in AP No. 10-02014; and Dkt. No. 342 in AP No. 10-02016), which are incorporated herein by this reference,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in part, as set forth herein.

2. The Court holds defendant SSC Farming, LLC, Robert Pruett, the manager of SSC Farming, LLC, Collins & Associates, and Cary Collins (collectively, "Respondents") in contempt for violating the Preliminary Injunction dated March 20, 2010, as modified six times

2

ORDER HOLDING SSC FARMING, LLC; R. PRUETT; COLLINS & ASSOCIATES; & C. COLLINS IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION

on October 13, 2010, January 20, 2011, February 16, 2011, May 1, 2011, May 10, 2011 and September 2, 2011 (collectively, the "Preliminary Injunction Orders").

3. The Court finds that the Trustee has shown by clear and convincing evidence that Respondents repeatedly violated specific and definite orders of this Court of which they had actual notice.

4. The Court finds that Respondents Collins & Associates, Cary Collins and Robert Pruett, who are not parties to these adversary proceedings and who are not specifically named in the Preliminary Injunction Orders, were the agents of SSC Farming and that they aided and abetted SSC Farming in violating the Preliminary Injunction Orders; thus, they were in active concert or participation with SSC Farming, an entity that was specifically restrained by the Preliminary Injunction Orders. As such, they are also subject to being held in contempt for violation of the Preliminary Injunction Orders.

5. The Court finds that Respondents' violations of the Preliminary Injunction Orders were more than technical or de minimis and that Respondents did not substantially comply with those Orders.

6. The Court finds that Respondents' conduct in violation of the Preliminary Injunction Orders was not based on any good faith or reasonable interpretation of those Orders.

7. As a result of the foregoing finding of contempt, it is ordered that the Respondents shall have until 5:00 p.m. on December 9, 2011, to restore the following amounts to the separate account in which Defendants have deposited Sales Proceeds,[1] specifically, Account No. 560165702 at Metro United Bank, held in the name of Defendant SSC Farming, LLC (sometimes referred to as the "Sales Proceeds Account" or the "blocked account"):

    (a)    The $10,342.98 paid to Richard Johns, and

    (b)    The $15,000.00 paid to Scott Salyer.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning that they have been given in the Preliminary Injunction Orders.

3

ORDER HOLDING SSC FARMING, LLC; R. PRUETT; COLLINS & ASSOCIATES; & C. COLLINS IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

8. If Respondents do not do make the payment set forth in the preceding paragraph by the deadline set forth, then, they will be sanctioned in the amount of amount of $1,000 per day until they comply. Respondents will be jointly and severally liable for this sanction.

9. The Motion is otherwise denied without prejudice. The Court will defer to the time of trial consideration of the issue of whether, as additional compensation for the foregoing contempt, the Court should award the Trustee (a) professional fees (both his and his counsel's) that were incurred in connection with the investigation and bringing of the Motion, and/or (b) reimbursement to the Sales Proceeds Account of the monies paid to Cary Collins and/or Collins & Associates for preparation of the Accountings pursuant to the Preliminary Injunction Orders.

10. The Court's ruling is also without prejudice to the Trustee bringing additional motions for contempt based on conduct not covered by the Motion, including but not limited to conduct discovered by the Trustee after the filing of this Motion and referenced in the Trustee's Reply.

Dated: December 01, 2011

_/s/ Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court

---

4

ORDER HOLDING SSC FARMING, LLC; R. PRUETT; COLLINS & ASSOCIATES; & C. COLLINS IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

# CERTIFICATE OF SERVICE

I, Mayra Padilla, declare:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Schnader Harrison Segal & Lewis LLP, and my business address is One Montgomery Street, 22nd Floor, San Francisco, CA 94104.

On the date below, I served the following documents:

> **ORDER HOLDING THE FOLLOWING ENTITIES AND INDIVIDUALS IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION: SSC FARMING, LLC; ROBERT PRUETT; COLLINS & ASSOCIATES; AND CARY COLLINS**

☑ By electronic service. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent on December 1, 2011, to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Counsel to Scott Salyer, as Trustee of the Scott Salyer Revocable Trust; SKPM Corp.; SK Foods, LLC; SKF Canning, LLC; The Scott Salyer Revocable Trust; Blackstone Ranch Corporation; Monterey Peninsula Farms; Salyer Management Company, LLC; SK Farms Services, LLC; SK Frozen Foods, LLC; SS Farms, LLC; SSC Farming, LLC; SSC Farms I, LLC; SSC Farms II, LLC; SSC Farms III, LLC; SKF Aviation, LLC; CSSS, LP *dba* Central Valley Shippers; and Robert Pruett in His Capacity as Manager of SSC Farming, SSC Farms I and SSC Farms II**

Paul Alsdorf - palsdorf@fbm.com
Dean Gloster - dgloster@fbm.com
Mark Petersen - mpetersen@fbm.com
Kelly Woodruff - kwoodruff@fbm.com
FARELLA, BRAUN + MARTEL LLP

| **Counsel for Robert Pruett** | **Co-Counsel for Bank of Montreal** |
|---|---|
| Richard S. E. Johns, Esq. – RSEJohns@yahoo.com<br>Law Offices of Richard S. E. Johns | Todd Dressel – dressel@chapman.com<br>James E. Spiotto - spiotto@chapman.com<br>Ann Acker - acker@chapman.com<br>James Heiser – heiser@chapman.com<br>CHAPMAN AND CUTLER LLP |
| **Counsel for Collins & Associates and Cary Collins** | **Counsel to Creditors Committee** |
| Robert R. Moore, Esq. - rmoore@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE MALLORY &<br>NATSIS LLP | Dale Ginter - jdreher@DowneyBrand.com<br>Jamie Dreher - dginter@downeybrand.com<br>DOWNEY BRAND |

*Additional Parties on Next Page*

---

5

ORDER HOLDING SSC FARMING, LLC; R. PRUETT; COLLINS & ASSOCIATES; & C. COLLINS IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION

**U.S. Trustee Counsel**
Judith C. Hotze
judy.c.hotze@usdoj.gov

**Counsel to CSSS, LP**
**d/b/a Central Valley Shippers**
Larry J. Lichtenneger
Lichtenneger Law Office
lawyer@mbay.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 1, 2011, at San Francisco, California.

／s/ *Mayra Padilla*
Mayra Padilla

6

ORDER HOLDING SSC FARMING, LLC; R. PRUETT; COLLINS & ASSOCIATES; & C. COLLINS IN CONTEMPT FOR VIOLATION OF PRELIMINARY INJUNCTION