2009-02692
FILED
January 10, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004001252

3 Pages

Gregory C. Nuti (CSBN 151754)
  gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
  kcoleman@schnader.com
Michael M. Carlson (CSBN 88048)
  mcarlson@schnader.com
Melissa S. Lor (CSBN 245515)
  mlor@schnader.com
Natalie Bush-Lents (CSBN 253124)
  nbush-lents@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>SK FOODS, LP, a California limited partnership, et al.,<br><br>　　　　Debtors. | CASE NO. 09-29162-D-11<br><br>CHAPTER 11<br><br>**STIPULATION AND ORDER TO FILE TRUSTEE'S OPPOSITION TO COLLINS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING MOTION QUASH/FOR PROTECTIVE ORDER AND RELATED DOCUMENTS UNDER SEAL** |
| Bradley D. Sharp, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SSC Farms, I, LLC, et al.,<br><br>　　　　Defendants. | APN: 09-02692-D<br><br>DCN: 1<br><br>11 U.S.C. § 107<br>FRBP Rule 9018<br><br>**[NO HEARING REQUIRED]** |

RECEIVED
January 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004001252

# STIPULATION AND ORDER RE: FILING UNDER SEAL

Bradley D. Sharp, the duly appointed and acting Chapter 11 Trustee (the "Trustee") in the case of SK Foods, L.P. and RHM Industrial Specialty Foods, Inc. d/b/a Colusa County Canning Co. (collectively, the "Debtors"), and Cary Collins and Collins & Associates ("Collins") hereby stipulate and agree as follows:

1. On December 15, 2011, Collins filed its Motion for Reconsideration of the Court's Order Denying Motion Quash/For Protective Order (the "Motion for Reconsideration"), with the Court.

2. The Trustee is preparing an opposition ("Opposition") to the Motion for Reconsideration. The Opposition discusses the Trustee's investigation of the subpoenaed documents from Mechanics Bank and Metro Bank, and describes certain of those documents. The Court's Order of December 1 requires the Trustee and his counsel to treat those documents as Confidential and to seek a Court order sealing any pleading that discuss them. See Order Denying Collins & Associates Motion to Quash/For Protective Order Regarding Subpoenas on Mechanics Bank and Metro United Bank on December 1 (the "December 1 Order").

3. In order to comply with the December 1 Order, the Trustee should be permitted to file the Opposition, with supporting exhibits and declarations, under seal.

4. The Trustee will provide full copies of the Opposition to the Motion for Reconsideration to:

   a. the Court under seal;
   
   b. Counsel of record for Collins & Associates; and
   
   c. Counsel of record for the Creditors' Committee, the Salyer Entities[1] and the Bank of Montreal.

---

[1] The "Salyer Entities" are the defendants in the three adversary proceedings 09-02692, 10-02014, and 10-02016. Those defendants are Scott Salyer, as a trustee of the Scott Salyer Revocable Trust, SK PM Corporation, SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, LLC, Salyer Management Company, LLC., SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SS Farms I, LLC, SS Farms II, LLC, SS Farms III, LLC, SKF Aviation, LLC, and CSSS, LP d/b/a Central Valley Shippers.

2
STIPULATION AND ORDER RE FILING DOCUMENTS UNDER SEAL

5. Thereafter, Collins intends to file a reply (the "Reply") to the Opposition, which will address matters included in the sealed Opposition.

6. Collins should also be permitted to file the Reply, with supporting exhibits and declarations, under seal.

7. Collins will provide full copies of the Reply to:

   a. The Court under seal;

   b. Counsel for the Trustee; and

   c. Counsel of record for the Creditors' Committee, the Salyer Entities and the Bank of Montreal.

8. The Opposition and Reply documents will remain under seal until further order of this Court.

IT IS SO STIPULATED.

Dated: January 9, 2012                    SCHNADER HARRISON SEGAL & LEWIS LLP

                                          /s/ Natalie Bush-Lents
                                          Natalie Bush-Lents
                                          Attorneys for Plaintiff Bradley D. Sharp, Chapter 11 Trustee

Dated: January 9, 2012                    ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

                                          /s/ Nicholas A. Subias
                                          Nicholas A. Subias
                                          Attorneys for Third Parties
                                          Collins & Associates and Cary Collins

IT IS SO ORDERED.

Dated: January 10, 2012

                                          Robert S. Bardwil, Judge
                                          United States Bankruptcy Court

3
STIPULATION AND ORDER RE FILING DOCUMENTS UNDER SEAL